AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 2

USA
_____
Plaintiff
        v.
ZACHARY ZWERKO
_____
Defendant

Case No. 14 MAG 2253

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for: Zachary Zwerko

(Counsel to appear pro hac vice by agreement of parties — subject to court approval)

Date: 10/15/14

_____
Attorney's signature

JEFFREY DENNER  120526 (MA)
Printed name and bar number

4 Longfellow Pl 35th Floor
Boston, MA 02114
Address

JDenner@Dennerlaw.com
E-mail address

617-605-6200 / 617-227-2800
Telephone number

617-973-1562
FAX number