DOCKET NO. 14 Mag 2253    DEFENDANT: Zachary Zwerko

AUSA Edward Y Kim    DEF.'S COUNSEL Jeffrey Denner
☒ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED

☒ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
A/W issued 10/10/14
☐ Other:_____

☐ DEFENDANT WAIVES PRE-TRIAL REPORT
arrested 10/10/14 in Mass. (7:30 pm)
DATE OF ARREST (presented in Mass 10/14/14)   ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT 3:40 pm

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 1 million PRB
☒ 3 FRP
☒ SECURED BY $ _____ CASH/PROPERTY: with total equity of at least $94,000
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ DNJ/D Mass (points in between for purposes of travel) *
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION as directed by PTS
☒ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☒ OTHER CONDITIONS * in addition with advance notice to PTS, D may travel elsewhere within the continental U.S.; maintain residence as directed as PTS (notify PTS of any change in residence); + give advance notice to
☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☒ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: D's signature + one co-signer
_____ ; REMAINING CONDITIONS TO BE MET BY 10/22/14

COMMENTS/ADDITIONAL PROCEEDINGS:
firearm card,

DOC # 4

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED          ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED          ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 11/10/14          ☐ ON DEFENDANT'S CONSENT

DATE: Oct 15, 2014          _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.